IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES D. MCCLEERY, | : | Civil Action No. 3:13-CV-2720 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CAROLYN COLVIN, | : | |
| *Commissioner of Social Security,* | : | (Magistrate Judge Cohn) |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 18th day of September, 2015, having reviewed the thorough

report and recommendation of Magistrate Judge Gerald B. Cohn and the letter

from the Commissioner waiving the opportunity to object, the report and

recommendation of the Magistrate Judge is ADOPTED.  August 19, 2015, ECF

No. 18.   The decision of the Commissioner is VACATED and REMANDED.

The Clerk is directed to close the case file.


BY THE COURT:


 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge


1